# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANNA PAWELCZAK, an individual, | Civil Action No. 1:11-cv-02535 |
| Plaintiff, | |
| vs. | Judge: James F. Holderman |
| NATIONAL ASSET RECOVERY, INC., a Delaware Corporation; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25, | |
| Defendant. | |

### NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

Plaintiff Anna Pawelczak hereby accepts Defendant National Asset Recovery, Inc.'s Fed. R. Civ. P. 68 Offer of Judgment, a copy of which is attached hereto as Exhibit A, and request that the Court enter the judgment accordingly.

DATED: June 1, 2011

*s/ William F. Horn*
WILLIAM F. HORN, ESQ.
Law Office of William F. Horn
188-01B 71st Crescent
Fresh Meadows, NY 11365
Telephone: (718) 785-0543
Facsimile: (866) 596-9003
E-Mail: bill@wfhlegal.com

*Attorney for Plaintiff Anna Pawelczak*

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANNA PAWELCZAK,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSET RECOVERY SERVICES, INC., A Missouri Corporation; and JOHN AND JANE DOES NUMBERS 1 THOUGH 25<br><br>Defendants. | Case No.: 1:11-cv-02535<br><br>Judge: James F. Holderman |

## DEFENDANT'S RULE 68 OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant NATIONAL ASSET RECOVERY SERVICES, INC. ("NARS"), by and through its attorneys Justin M. Penn and Avanti D. Bakane, hereby offers to allow judgment to be entered against it in this action, and states as follows:

1. Judgment shall be entered against Defendant in the amount of $3,500 as to plaintiff arising from plaintiff's claims against Defendant as alleged in plaintiff's complaint, and for all reasonable fees and costs, including attorneys' fees.

2. This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission that Defendant is liable in this action, that Plaintiff has suffered any damage, or for any other reason.

3. If this offer is not accepted as provided by Rule 68, it shall be deemed withdrawn and evidence thereof shall not be admissible except in the proceeding to determine costs.

Respectfully submitted,


By: s/ Avanti D. Bakane
Attorneys for Defendant, NATIONAL ASSET
RECOVERY SERVICES, INC.

Justin M. Penn
Avanti D. Bakane
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000
jpenn@hinshawlaw.com
abakane@hinshawlaw.com

130104909v1 0923590 75167

## CERTIFICATE OF SERVICE

     I, the undersigned attorney, certify that on May 27, 2011, I filed Defendant, National Asset Recovery Services, Inc.'s **Offer of Judgment**, the document referenced herein, by United States mail and electronic mail from 222 N. LaSalle, Ste. 300, Chicago, Illinois, sent to all counsel of record below:

William F. Horn
Law Offices of William F. Horn
188-01B 71st Crescent
Fresh Meadows, New York 11365
bill@wfhlegal.com

By: s/ [signature]

130104909v1 0923590 75167

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on June 1, 2011, I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record below:

*s/ William F. Horn*
WILLIAM F. HORN, ESQ.
Law Office of William F. Horn
188-01B 71st Crescent
Fresh Meadows, NY 11365
Telephone: (718) 785-0543
Facsimile: (866) 596-9003
E-Mail: bill@wfhlegal.com

*Attorney for Plaintiff Anna Pawelczak*

## SERVICE LIST

Justin M. Penn
Avanti Deepak Bakane
HINSHAW & CULBERTSON, LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081