# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANNA PAWELCZAK, an individual, | |
| Plaintiff, | Civil Action No. 1:11-cv-02535 |
| vs. | Judge: James F. Holderman |
| NATIONAL ASSET RECOVERY, INC., a Delaware Corporation; and JOHN AND JANE DOES NUMBERS 1 THROUGH 25, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF ACCEPTANCE OF

## RULE 68 OFFER OF JUDGMENT

Plaintiff Anna Pawelczak hereby withdraws her acceptance of Defendant National Asset Recovery, Inc.'s Fed. R. Civ. P. 68 Offer of Judgment. [Doc. 14]. The Parties have agreed to settle this case and will shortly file a Notice of Settlement.

DATED:　　June 6, 2011

　　　　　　　　　　　　　　　　　　　　*s/ William F. Horn*
　　　　　　　　　　　　　　　　　　　　WILLIAM F. HORN, ESQ.
　　　　　　　　　　　　　　　　　　　　Law Office of William F. Horn
　　　　　　　　　　　　　　　　　　　　188-01B 71st Crescent
　　　　　　　　　　　　　　　　　　　　Fresh Meadows, NY 11365
　　　　　　　　　　　　　　　　　　　　Telephone:　(718) 785-0543
　　　　　　　　　　　　　　　　　　　　Facsimile:　(866) 596-9003
　　　　　　　　　　　　　　　　　　　　E-Mail:　bill@wfhlegal.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Anna Pawelczak*

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that on June 6, 2011, I filed this Notice through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record below:

       *s/ William F. Horn*
       WILLIAM F. HORN, ESQ.
       Law Office of William F. Horn
       188-01B 71st Crescent
       Fresh Meadows, NY 11365
       Telephone: (718) 785-0543
       Facsimile: (866) 596-9003
       E-Mail: bill@wfhlegal.com

       *Attorney for Plaintiff Anna Pawelczak*

**SERVICE LIST**

Justin M. Penn
Avanti Deepak Bakane
HINSHAW & CULBERTSON, LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081